UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
LAWRENCE MAYNARD,                   )
                                    )
       Plaintiff,                    )
                                    )   Civil Action No. 07-1192 (JR)
       v.                            )
                                    )
KATERINA GIKAS, et al.,             )
                                    )
       Defendants.                   )
_____)

### ORDER

The claims raised in the complaint in this action are substantially the same as those raised in the complaint in *Jones v. Lieber*, Civil Action No. 07-1027, *Jones v. Kirchner*, Civil Action No. 07-1063, *Jones v. Gikas*, Civil Action No. 07-1068, *Jones v. Yanta*, Civil Action No. 07-1172, and *Maynard v. Yanta*, Civil Action No. 07-1193, which are pending in this Court. Accordingly, it is

**ORDERED** that this case is hereby **DISMISSED** without prejudice as duplicative.


JAMES ROBERTSON
United States District Judge